John E. Rodarte Sr.  
T.D.C.J.# 1263270  
Clements Unit  
9601 Spur 591  
Amarillo,Texas 79107-9606

FILED  
IN THE COURT OF APPEALS  
AT SAN ANTONIO, TX  
2015 FEB 18 PM 1:01

Fourth Court Of Appeals  
Office Of The Clerk  
300 Dolorosa St.,Suite 3200  
San Antonio,Texas 78205-  
3037

February 10,2015

RE:Causes 04-14-00922-CV and 04-15-00012,Correspondence From The 4th COA Dated 02/02/2015 And 02/04/2015 to Include A Court Order To 02/19/2015 In Which To Submit All Indigent Filed Cases, Pursuant To Chapter 14 Inmate Litigation

To The Honorable Clerk:

This letter that I write,concerns first and foremost,a great concern with the mail here on this unit. As it may be verified,I sent mail to the U.S. Supreme Court in Washington,I guess you already knew where the court is. Anyway,mail that was sent January 12,2015, was stamped received January 23,2015 about twelve days later,when mail from the Washington court,only took five days for me to receive.

Therefore,I am submitting this letter,so that the proper allowance of time is recognized by the court,as to why I did not submit a copy of a six month inmate trust fund printout with this letter. This is because,I have to submit an I-60 for such a request,which will not be picked up by mailroom personnel,until 02/11/2015,and then processed by the indigent supply department,issue a pass to obtain the printout,then,indigent mail,will not run until Friday 02/13/2015 which,will probably not get mailed out until Monday or Tuesday the 02/16/2015 which is after the holiday,thus making it all too possible,that what the court requested of me,will not be received on time.

To which,I believe,that this court,should already be in reciept of a more current printout already.

I will now address some of the cases that I have filed indigently, which will not include some cases where I had to simply represent myself. These cases are as follows,I will try to present as many of the case numbers that I can:2005-CI-18884;2010-CI-12625; 2010-CI-0398; 2011-CI-03434;in Bexar County,Texas;in the 4th COA 04-10-00880-CV; 04-14-00922-CV; 04-15-00012-CVs I'M SURE THERE ARE OTHER FILINSS THERE IN THIS COURT. I ALSO HAVE SOME CIVIL CASES FILED IN TRAVIS COUNTY,TX. 3rd CDA IN AUSTIN,TX. THIS INCLUDES SOME CASES FILED IN U.S. DIST. CT. IN SAN ANTONIO,TEXAS; A COUPLE FILED IN THE U.S. COURT OF APPEALS FOR THE 5th CIR. I WILL SUBMIT THE TRUST FUND PRINTOUT AS SOON AS THIS UNIT WILL MAKE IT POSSIBLE.

John E. Rodarte Sr.
T/D.C.J. # 1263270
Clements Unit
9601 Spur 591
Amarillo, Texas 79107-9606

LEGAL MAIL
LEGAL MAIL

AMARILLO TX 791
16 FEB 2025 PM 2 L

Fourth Court Of Appeals
Office Of The Clerk
300 Dolorosa St., Suite 3200
San Antonio, Texas 78205-3037

FOREVER

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE CORRECTIONAL
INSTITUTIONS DIVISION